UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ACTON, | No. 2:19-cv-00904 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") finding that his disability ended on July 11, 2016 under section 1614(a)(3)(A) of the Social Security Act ("Act").

On July 15, 2020, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 15.  Neither party has filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDRED that:

1. The July 15, 2020 findings and recommendations (ECF No. 15) are ADOPTED in full;

2. Plaintiff's motion for summary judgment (ECF No. 12) is DENIED;

1

3. The Commissioner's cross-motion for summary judgment (ECF No. 13) is GRANTED; and

4. Judgment is entered for the Commissioner and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  September 22, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE